UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ALPHA KABA

       -V-

DELIGHT CONSTRUCTION CORP.
-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 28 2010 ★

BROOKLYN OFFICE

<u>ORDER</u>
CV08-2594 (JBW)

Counsel's motion to withdraw is denied. Trial is adjourned to March 1st, 2010, at 2:00 p.m. The jury will be selected by a Magistrate Judge.

*[signature]*
NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

DATED: 1/28/10